**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| CINDY FAYE GUNNELLS and | ) | |
| JAMES GUNNELLS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 3:22-cv-39 (CDL) |
| v. | ) | |
| | ) | |
| WALMART INC. | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER TO ADD PROPER PARTY, DISMISS IMPROPER PARTY AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiffs and Defendant, having jointly moved the Court for an order under Fed. R. Civ. P. 21 to add proper party Defendant WAL-MART STORES EAST, LP and dismiss WALMART INC., and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

IT IS ORDERED that WAL-MART STORES EAST, LP is added as proper party Defendant and WALMART INC. is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: CINDY FAYE GUNNELLS and JAMES GUNNELLS, Plaintiffs v. WAL-MART STORES EAST, LP, Defendant. It is further ordered WAL-MART STORES EAST, LP shall be substituted each and every place WALMART INC. is named in any pleadings as if WALMART, INC. had never been named. Plaintiffs do not need to file an Amended Complaint to reflect this substitution and Defendant does not need to file any further Answer.

**IT IS SO ORDERED** this 21st day of July, 2022.

_S/Clay D. Land_____
HONORABLE CLAY D. LAND
Judge, United States District Court
For the Middle District of Georgia